IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.: 5:11-cv-46-RLV-DSC

| RICK ROBINSON, | |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (document #5) concerning James Tracy Hedgepath, filed April 12, 2011. Mr. Hedgepath seeks to appear as counsel *pro hac vice* for Defendant Standard Insurance Company.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the Motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Hedgepath is admitted to appear before this Court *pro hac vice* on behalf of Defendant Standard Insurance Company.

**SO ORDERED**.

Signed: April 13, 2011

David S. Cayer
United States Magistrate Judge